# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William T. Henderson,

        Plaintiff(s),

vs.

Jennifer H. Langley,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv254-1-MU

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2006 Order.

June 21, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk

Dockets.Justia.com